United States District Court
District of Massachusetts

In Re Leonard Jermaine Jackson

EMERGENCY WRIT OF HABEAS CORPUS
IN EQUITY

Comes now the petitioner, represented by the beneficial owner, a private civilian, of Leonard Jermaine Jackson Title#156-72-333881 petitioning this Court to immediately release said Leonard Jermaine Jackson, unlawfully confined at MCI-CONCORD 965 Elm Street, Concord, Massachusetts, for the following reasons:

1) The beneficial owner has fully perged the contempt by satisfying all encumbrances of the Bristol County District Attorney Office and Bristol County Superior Court.[1]

2) The Commonwealth has filed a notice of withdrawal,[2] thus activating Article III sec. 2 Case or Controversy Clause

3) One faces irreparable injury, including death, during a national pandemic.

## CONCLUSION

This is an exclusive petition in equity, as the beneficial owner in fee simple.
Wherefore: One asks that this petition be granted in the interest of justice, where justice has been denied for so long.

---

1. see documents marked Exhibits A 1-11
2. see documents marked Exhibits B1, B2

1

RECEIVED IN CLERK'S OFFICE
DATE: 7/13/20

   Signed under the pains and penalties of perjury on this 6th day of July 2020.

Respectfully submitted,<br>
by beneficial owner[3]<br>
Private Civilian

_____

3. see document Marked Exhibit C (Title of Beneficial owner.)

cc: file