LEONARD JERMAINE JACKSON, Estate.
New York
Leonard Jermaine Jackson, Executor
c/o
#W-70524
965 Elm Street
Concord Ma.

July 6, 2020

TO: Robert M. Ferrell, Clerk

FROM: Private Civilian, Amicus curiae
*In equity*

Dear Sir;

   Please find enclosed the following document to be filed and scheduled to be heard within five days:

1) Emergency Writ of Habeas Corpus w/Exhibits.

   Thank you for your personal time and prompt attention in this matter.

very truly,

[signature]
EIN-81-6554591
Executor, J.P.
CAF# 0313-36626R
Internal Revenue Service

RECEIVED IN CLERK'S OFFICE
DATE: 7/13/20