19

1   be transferred down here.  We're going to have to have

2   another hearing on them, and some of them are --

3         THE COURT:  So you're giving me a preview?

4         MS. MASTIN:  Well, some of them are duplicative.

5         THE COURT:  There's something that can be said about --

6         MS. MASTIN:  To the extent that Your Honor made any

7   decisions today, that would affect them, but I --

8         THE COURT:  You're saying that none of these papers we

9   have today were even served upon you in proper --

10        MS. MASTIN:  That's my understanding, Your Honor.

11        THE COURT:  Okay.  Do you have anything to say about

12  the hundred million dollars that the defendant is willing to

13  put up to escape his murder sentence?

14        MS. MASTIN:  Well, Your Honor, I believe the sovereign

15  citizen movement believes the federal government retains

16  funds in secret accounts which can be released to a

17  defendant.  However, the Commonwealth would suggest that

18  that is untrue at this time.

19        However, if the defendant can produce that money, we

20  can certainly -- the Commonwealth would certainly be

21  prepared to re-address the issue at that time.

22        THE COURT:  Instead of money order [low audio].

23        MS. MASTIN:  Well, Your Honor, it's interesting on

24  that, because I believe the account number is, I would

25  suggest, somewhat suspect, but I really --

20

1    THE COURT:  Have you checked it out?

2    MS. MASTIN:  I have not personally.  The defendant

3    doesn't say what bank this would be coming from.

4    THE COURT:  Okay.  Thank you very much.

5    MS. MASTIN:  Thank you.

6    THE COURT:  Anything to add, sir?

7    THE DEFENDANT:  Yes, there's a few things.

8    First and foremost, any comment of sovereign citizen

9    movement that she's talking about, I present to you rules

10   and regulation of Massachusetts General Laws.

11   THE COURT:  And the Rules of Criminal Procedure --

12   Civil Procedure, I'm sorry.  You do cite the Rules of Civil

13   Procedure.  And you've cited that.  Thank you.

14   THE DEFENDANT:  And everything that I have put forth in

15   front of this Court as an executor, which is also in the

16   office of the court, is [low audio].  And yes, there is

17   points to be made for [low audio].  She said there's no

18   checking or any type of fact finding.  So it's fraudulent.

19   It's a fraudulent conversion that took place.  I'm willing

20   to recognize this and put this behind us.  But it seems it's

21   going to carry on, or trying to be carried on to something

22   else.  This can be relieved promptly while we recognize that

23   whatever debt of claim or proof of claim that's put forth,

24   and then we can move from there.

25   But I would like to know, the Commonwealth did say that