<div style="text-align:center">
Office of the<br>
LEONARD JERMAINE JACKSON, ESTATE.<br>
NEW YORK<br>
Reverend Leonard Jermaine Jackson, Executor.<br>
c/o #W-70524<br>
965 Elm Street<br>
Concord, MA 01742
</div>

November 8, 2019

TO: Commonwealth of Massachusetts
    Department of Revenue
    100 Cambridge Street
    Boston, MA 02214
FROM: Reverend Leonard Jermaine Jackson, Executor CAF#0313-36626R
    c/o 965 Elm Street
    Concord, MA. 01742

RE: LEONARD JERMAINE JACKSON, ESTATE
    Late filings of State Income taxes
    accounts:
    #9973CR00066
    #W-70524
    #2017-02441
    #15672333881
    #SJC-2014-0155
    EIN#81-6554591

Dear Michael J. Heffernan;

    I write to your office filing the enclosed late State Income tax information, which has been timely filed to the Department of the Treasury Internal Revenue Service.
    I accept all penalties for this late filing although I ask that your office do accept these filings for they are in regard to agencies of the Executive branch and Judicial branch of the Commonwealth and may have alarming liabilities due to the fact that the Individual taxpayer is an Estate.
    Please send to the undersigned a copy of the receipt and all other records kept on the taxpayer by your office pursuant to G.L. 66A et. seq.

    Thank you for your personal time and prompt attention in this matter

Exh A2

| VOID ☐ | CORRECTED ☐ | | |
|---|---|---|---|
| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. Leonard Jermaine Jackson 344 E 49th St #D1 Brooklyn, New York 11203 | 1 Rents $ 45,000,000.05 | OMB No. 1545-0115 **2018** Form 1099-MISC | Miscellaneous Income |
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | Copy 1 For State Tax Department |
| PAYER'S TIN 91-1654591 | RECIPIENT'S TIN Withheld | | |
| RECIPIENT'S name Essex South Superior Mass Sanles Clerk | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| Street address (including apt. no.) 9 Court Street, room 13 | 7 Nonemployee compensation $ 457,000,000.05 | 8 Substitute payments in lieu of dividends or interest $ | |
| City or town, state or province, country, and ZIP or foreign postal code Newton MA 02760 | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| Account number (see instructions) 9973000060A-0 | | | |
| | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| | 11 | 12 | |
| | FATCA filing requirement ☐ | | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ $ | 17 State/Payer's state no. | 18 State income $ $ |
| Form 1099-MISC | www.irs.gov/Form1099MISC | | Department of the Treasury - Internal Revenue Service |

Exh. A 3

[Form 1099-OID for tax year 2017, rotated 90°. Form is faint/smudged.]

- VOID / CORRECTED
- PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.:
  LEONARD JERMAINE JACKSON
  374 E 149th Street #D1
  Brooklyn, New York 11203
- PAYER'S federal identification number: 21-FG-611521
- RECIPIENT'S name: Executive Office of Public Safety and Security, Commonwealth of Massachusetts (eligible obligations), One Ashburton Place
- City: Boston, Massachusetts 02108
- Account number: 1909524 (XXXXXX0016)
- Form 1099-OID
- Box 1 Original issue discount for 2017: $100,000,000.00
- Box 7 Description: Commonwealth of Massachusetts (eligible obligations) Docket # 9473 CX00616

Original Issue Discount
Copy 1
For State Tax Department

Department of the Treasury - Internal Revenue Service
www.irs.gov/form1099oid

EX. A4

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. LEONARD JERMAINE JACKSON, Estate. 374 East 49th Street, #01 Brooklyn, New York | 1 Rents $ | OMB No. 1545-0115 2018 Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|
| | 2 Royalties $ | | |
| | 3 Other Income $ | 4 Federal income tax withheld $ | Copy C For Payer |
| PAYER'S TIN 81-6554591 | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name BRISTOL COUNTY DISTRICT ATTORNEY Thomas Quinn, III D.A. Street address (including apt. no.) 888 Purchase Street City or town, state or province, country, and ZIP or foreign postal code New Bedford, Massachusetts | 7 Nonemployee compensation $ 110,000,000.00 | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) 9973CR00066A-D | FATCA filing requirement ☐ | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A Income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State Income $ |

Form 1099-MISC    www.irs.gov/Form1099MISC    Department of the Treasury - Internal Revenue Service

---

☐ VOID   ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 2018 Form 1099-MISC | Miscellaneous Income |
|---|---|---|---|
| | 2 Royalties $ | | |
| | 3 Other Income $ | 4 Federal income tax withheld $ | Copy C For Payer |
| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ |
| RECIPIENT'S name Street address (including apt. no.) City or town, state or province, country, and ZIP or foreign postal code | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2018 General Instructions for Certain Information Returns. |
| | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 2nd TIN not. ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A Income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State Income $ |

Form 1099-MISC    www.irs.gov/Form1099MISC    Department of the Treasury - Internal Revenue Service

EX. A5

  IRS Department of the Treasury
Internal Revenue Service
5045 E. Butler Avenue
FRESNO    CA   93888-0034

OMB Clearance No.:   1545-0074 &

In reply refer to:  1025265258
Oct. 07, 2016      LTR 12C   0 S
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   201412 30
Input Op:  1025265258 00000714
                   BODC: WI

LEONARD J JACKSON
374 E 49TH ST D1
BROOKLYN   NY   11203

006340

Social security number:  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
     BATCH 43900.02              89221-254-05102-6

Dear Taxpayer:

We received your Dec. 31, 2014, Form 1040 federal individual income tax return, but we need more information to process the return accurately. Unless required otherwise, send us your reply within 20 days from the date of this letter.

Enclose only the information requested and any forms, schedules or other information required to support your entries and a copy of this letter. Don't send a copy of your return unless we ask you to do so. Don't respond with a Form 1040X, Amended U.S. Individual Income Tax Return. We'll issue any refund due to you in about 6 to 8 weeks from the time we receive your response. If we don't receive a response from you, we may have to increase the tax you owe or reduce your refund.

To obtain the forms, schedules, or publications to respond to this letter, visit www.irs.gov or call 1-800-TAX-FORM (1-800-829-3676).

To support the amount of wage or withholding entry of $110,000,000.00 on line 64, Form 1040, submit:

   - Form W-2, Wage and Tax Statement
   - Form W-2G, Certain Gambling Winnings
   - Form 1099-R, Distributions from Pensions, Annuities, Retirement or Profit Sharing Plans, IRAs, Insurance Contracts, etc.
   - Other forms reporting wage or withholding

If you don't have the form you need, contact the issuer of the income statement for a copy and send it with this letter. Otherwise, send us the information in some substitute form. For example, you can send earnings statement from your employer which shows year-to-date totals.

Your tax return doesn't have your original signatures. Sign and return the declaration at the end of this letter. See the instructions for the declaration below for the additional requirements that may apply to you.

If you have questions about this letter, call the appropriate telephone number listed below:


**IRS** Department of the Treasury
Internal Revenue Service

Exh. A6

CINCINNATI  OH  45999-0038

In reply refer to: 0237500000
Mar. 13, 2018  LTR 2645C  K0
  81-6554591   000000 00
Input Op: 0209960030 00002390
                      BODC: WI

LEONARD J JACKSON ESTATE
REV LEONARD- JERMAINE JACKSON EX
C/O 374 EAST 49TH ST APT D-1
BROOKLYN  NY  11203-0000

07238

Taxpayer identification number: 81-6554591

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Jan. 17, 2018.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

We're working on your account. However, we need an additional 60 days to send you a complete response on what action we are taking on your account. We don't need any further information from you right now.

If you have questions, you can call us toll free at 1-800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter by calling 800-TAX-FORM (800-829-3676) or visiting our website at www.irs.gov/formspubs.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (   ) _____   Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.



Ex. A7

**IRS Department of the Treasury Internal Revenue Service**

OGDEN UT 84201-0038

In reply refer to: 0435695895
Apr. 29, 2019    LTR 96C    0
81-6554591    201412 05
                    00000022
                BODC: SB

LEONARD J JACKSON ESTATE
REV LEONARD- JERMAINE JACKSON EX
C/O 374 EAST 49TH ST APT D-1
BROOKLYN NY 11203

04636

Employer identification number: 81-6554591
Tax periods: Dec. 31, 2014
Form: 1041

Dear Taxpayer:

Thank you for your correspondence which we received on Nov. 05, 2018.

We reviewed the information you provided and determined no action is necessary on your account.

If you have questions, you can call 800-829-0115.

If you prefer, you can write to the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number ( )_____ Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

Exh. A8

Office of the
LEONARD JERMAINE JACKSON, ESTATE.
NEW YORK
Reverend Leonard Jermaine Jackson, Executor/legatee
374 East 49th Street, #D1
Brooklyn, New York
[11203]

January 3, 2019

To: Bristol County District Attorney Office
Thomas Quinn, III, D.A.
888 Purchase Street
New Bedford, MA

From: Office of the Executor

RE: Commonwealth V LEONARD JACKSON
#9973CR0066

## RETURN OF EXECUTION

In compliance to M.G.L. c.235 §23 the above said "Estate" by way of "Executor" does hereby recognize and return the mittimus for want of surety along with the accepted presentation for full satisfaction of all debts, liens, and cost of the above named "Estate" tendered in the amount of one hundred ten million dollars no cents of lawful money pursuant to Title 31 U.S.C. §9303 and 12 U.S.C. §95a, 95b.

THEREFORE: All attached property of the LEONARD JERMAINE JACKSON, ESTATE. must immediately be returned to the possession of the executor Reverend Leonard Jermaine Jackson with the re-lease of the said Reverend Leonard Jermaine Jackson from the custody of the Massachusetts Department of Correction by order of the Bristol County Superior Court immediately.

Failure to adhere to this demand will result in a miscarriage of justice.

Signed under the pains and penalties of perjury on this 3rd day of January 2019.

Respectfully submitted,
by Executor sui juris
Rev. Leonard J. Jackson

cc:file

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER (If applicable) |
|---|---|---|---|
| 9973CR00066 | 01-29-2019 | CAF#0313-36626R | |

| 6. ISSUED BY | CODE 5892391 | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Leonard Jermaine Jackson, Executor | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (Number, street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NUMBER |
|---|---|---|---|
| Reverend Leonard Jermaine Jackson<br>374 East 49th Street, D1<br>Brooklyn, New York | | | |
| | | | 9B. DATED (SEE ITEM 11) |
| | | | 10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>BRCR1999-00066-A |
| | | X | 10B. DATED (SEE ITEM 13)<br>03-11-1999 |

CODE 32096993     FACILITY CODE 7473716

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**
EIN# 81-6554591

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| ☐ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A. |
| ☒ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| ☐ | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Subrogation Agreement with complete equitable adjustment for full satisfaction and exoneration for Want of Surety against one LEONARD JERMAINE JACKSON, Estate. by personal representative Reverend Leonard Jermaine Jackson, Executor with a renewed consideration in the amount of $110,000,000.00 and $100,000,000.00 issued to the Secretary of Public Safety and Security Daniel Bennett for corrected mittimus accepted by Cedar Junction on 02-02-2002, see page 3 of 3 to bailee to satisfy Document of Title Bailment in Full Faith and Credit Title 12 USCS §1825.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|
| Reverend Leonard Jermaine Jackson, Executor | Same | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 01-29-2019 | (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 11/2016)
Previous edition unusable
Prescribed by GSA FAR (48 CFR) 53.243

(#2) EXH. A 10

Form #24

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                                                                                                            SUPERIOR COURT

BRISTOL, ss.     To the Sheriff of our County of Bristol, or his Deputy, and the Keeper of the Jail in New Bedford.

GREETING:

WHEREAS, LEONARD JACKSON of

in said County, has this day been brought before the Justices of our Superior Court, now holden at New Bedford within and for our County of Bristol, to answer to an indictment hitherto returned by the Grand Jurors of said County, and now pending in said Court, against said Leonard Jackson in which indictment the said Leonard Jackson is charged with

MURDER 265/1

as is fully set forth in said indictment, and to which indictment the said Leonard Jackson pleads and says that thereof he is not guilty:

Whereupon he is ordered by the Court to recognize ~~in the sum of~~ HELD WITHOUT BAIL ~~Dollars, with sufficient sureties,~~ for his personal appearance upon said Court to answer to said indictment from day to day and from time to time until the same is finally disposed of and abide the final order, sentence, or decree of the Court thereon, and not depart without leave, and in default thereof to stand committed; with which order of said Court the said defendant now refuses to comply and perform.

YOU are, therefore, hereby required, in the name of the Commonwealth of Massachusetts, to take the said defendant and him carry to the Jail in New Bedford in said County, and him deliver to the keeper thereof. And the said keeper is alike required to receive the said defendant into his custody, in said Jail, and him there safely keep until he recognize as aforesaid, or until he be otherwise discharged by due course of law.

Witness,    Hon. Robert A. Mulligan   . Justice of the Superior Court Dept. of the Trial Court, at Taunton, this    NINETEENTH    day of    March    in the year of our Lord one thousand nine hundred and   ninety-nine.

A True Copy By Photostatic Process
Attest: _____
Asst. Clerk of Courts

_____ Asst. Clerk-Magistrate

## Commonwealth of Massachusetts
### County of Bristol
### The Superior Court

**CORRECTED MITTIMUS TO** Cedar Junction MCI (Walpole)

Docket #BRCR1999-00066-A

To the Sheriff of said County of Bristol, his deputies, the Officers hereinafter named and the Superintendent of the Cedar Junction MCI (Walpole)

**GREETING:**

Whereas, by the consideration of the Superior Court Department of the Trial Court for Criminal Business, holden at New Bedford within and for the County of Bristol, on the 6th day of February in the year of our Lord 2002.

Leonard Jackson

now in the custody of the Sheriff of said County of Bristol, convicted of the crime(S) of: 03/11/1999

265:001 S.C. - Murder

for which crime the said Leonard Jackson was sentenced to be confined in the Cedar Junction MCI (Walpole), for and during the term of his natural life.

The Court in imposing this sentence orders that the defendant Leonard Jackson be deemed to have served -789- DAYS of said sentence in confinement awaiting disposition of this matter.

We therefore command you, the said Sheriff, Deputies and Officers of the Court to remove the said Leonard Jackson from the Jail in New Bedford the said County of Bristol, to the Cedar Junction MCI (Walpole), and we command you, the said Superintendent to receive the said Leonard Jackson and immediately thereon to cause the said defendant to be confined therein for and during the term of his natural life as aforesaid.

WITNESS, Suzanne V. DelVecchio, Chief Justice of said Court and the seal thereof at New Bedford aforesaid, this 4th day of September in the year of our Lord 2002.

.......Valerie A. Brodeur.......................
Assistant Clerk

### RETURN

New Bedford _____ 2002

Bristol, SS.

In obedience to the within warrant, I have conveyed the within named defendant to the Cedar Junction MCI (Walpole), and delivered him to the Superintendent thereof with a copy of this warrant.

Deputy Sheriff, of said County
Officer of the Court named within.

*Carolyn Crocker SSPO*

A true copy
Attest: _____
Assistant Clerk/Magistrate

EXHIBIT

—Accepted for value
By/Rev. Leonard J. Jackson
Rev _____