BRISTOL, SS SUPERIOR COURT
FILED

JUL - 3 2017

MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

#217  Exhibit B1  (02)

## COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.　　　　　　　　　　　　SUPERIOR COURT DEPARTMENT
　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.: 9973CR00066

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS, | ) )  ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| LEONARD J. JACKSON | ) ) |
| Defendant. | ) ) ) |

### NOTICE OF WITHDRAWAL

Please withdraw my appearance as counsel for the Plaintiff, Commonwealth of Massachusetts, in the above-captioned matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　MORRISON MAHONEY LLP

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Corey T. Mastin, BBO #684332
　　　　　　　　　　　　　　　　　cmastin@morrisonmahoney.com
　　　　　　　　　　　　　　　　　Morrison Mahoney LLP
　　　　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　　　　Boston, MA 02210-1181
　　　　　　　　　　　　　　　　　Phone: 617-439-7500
　　　　　　　　　　　　　　　　　Fax:　 617-342-4974

1472974v.1

Exh. B2

BRISTOL, SS SUPERIOR COURT
FILED
DEC. 1 3 2018
MARC J SANTOS, ESQ.
CLERK/MAGISTRATE

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

BRISTOL, ss.                                     CIVIL ACTION NO. 9973CR00066

COMMONWEALTH OF
MASSACHUSETTS,

   Plaintiff,

v.

LEONARD J. JACKSON,

   Defendant,

## NOTICE OF WITHDRAWAL

Please withdraw my appearance as counsel for the Commonwealth.

The Defendant,
COMMONWEALTH

By ITS Attorneys,

Corey T. Mastin, BBO #684332
cmastin@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:  617-439-7500
Fax:      617-342-4903