Exhibit C



THE CITY OF NEW YORK — VITAL RECORDS CERTIFICATE

CERTIFICATION OF BIRTH

This is a certification of name and birth facts on file in the Office of Vital Records, Department of Health and Mental Hygiene, City of New York.

DATE OF BIRTH: OCTOBER 29, 1972
BOROUGH: BROOKLYN
NAME: LEONARD JERMAINE JACKSON
SEX: MALE
MOTHER/PARENT'S NAME: ROBIN JACKSON
FATHER/PARENT'S NAME: ****

DATE FILED: 11-08-1972
CERTIFICATE NO.: 156-72-333881
DATE ISSUED: 07-17-2015

Steven P. Schwartz, Ph.D.
City Registrar